# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **December 6, 2012**

**C 12-4936 LB**

**Scott Miller** v **Ghirardelli Chocolate Company**

Plaintiff Attorney(s):     Adam Gutride and Seth Safier
Defendant Attorney(s):   Benjamin J. Sitter and Thomas Mayhew

Deputy Clerk: **LASHANDA SCOTT**

Time: 30 Minutes
Reporter: **Kathy Sullivan**

**PROCEEDINGS:**                                                                                   **RULING:**

1. Defendant's Motion to Dismiss                                                              Matter Held
2. 

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Case Management Conference reset to March 7, 2013 at 10:30 a.m.  A Joint Case Management Conference Statement due February 28, 2013. The Case Management Conference on January 10, 2013 is VACATED.

( XX) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____     for _____

Notes: _____
_____