UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SCOTT MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GHIRARDELLI CHOCOLATE COMPANY, <br><br> Defendant. | Case No. 12-cv-04936-LB <br><br> **JUDGMENT** |

In accordance with the order granting final approval of the class settlement agreement (ECF No. 170), and under Federal Rule of Civil Procedure 58, the Court hereby **ENTERS FINAL JUDGMENT** in this case. The Clerk of Court shall **CLOSE** this file.

**IT IS SO ORDERED.**

Dated: February 20, 2015

_____
LAUREL BEELER
United States Magistrate Judge